*In re* ALBERTO JUAN MORALES STEINMANN.

*Número:* TS-6564          *Resuelto:* 1 de mayo de 2006

*Salvador Antonetti Stutts*, procurador general, *Mariana D. Negrón Vargas*, subprocuradora general, y *Noemí Rivera De León*, procuradora general auxiliar; *José M. Montalvo Trías*, director ejecutivo del Colegio de Abogados de Puerto Rico; *Alberto J. Morales Steinmann*, peticionario.

## RESOLUCIÓN

Examinadas la Moción, presentada por el Lcdo. Alberto Juan Morales Steinmann para su readmisión, la Moción en Contestación a Resolución y la Moción en Contestación a Solicitud de Readmisión, del Colegio de Abogados de Puerto Rico, y la Moción en Cumplimiento de Orden, de la Oficina del Procurador General de Puerto Rico, *se reinstala al licenciado Morales Steinmann al ejercicio de la profesión y se le ordena pagar $175 al Colegio de Abogados de Puerto Rico por concepto de cuota de colegiación que dejó pendiente al darse de baja en 1995. Se le apercibe que el incumplimiento de esta orden podría dar lugar a sanciones disciplinarias.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*